IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD MOELLERING, | ) |
| | ) |
| | ) Cause No.: 4:14-cv-00188-JCH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF PINE LAWN, a political subdivision, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed with prejudice, with each party to pay its own costs, attorneys' fees, and expenses.

Respectfully submitted,

/s/ Rick Barry
Rick Barry, #2572
Megen I. Hoffman, #58772MO
LAW OFFICES OF RICK BARRY, P.C.
Attorney for Plaintiff
1034 S. Brentwood Blvd., Suite 1301
St. Louis, Missouri 63117
(314) 918-8900
(314) 918-8901
Email: rick.barry@rickbarrypc.com
megens@rickbarrypc.com

BEHR, MCCARTER & POTTER, PC

By:   /s/ Timothy J. Reichardt
Timothy J. Reichardt, #57684MO
7777 Bonhomme Avenue, Suite 1400
St. Louis, MO  63105
Telephone:  (314) 862-3800
Facsimile:  (314) 862-3953
Email:  treichardt@bmplaw.com
Attorney for Defendant Rickey Collins

KING, KREHBIEL, & HELLMICH, LLC

By:   /s/ Jason S. Retter
Robert J. Krehbiel, #28616MO
Jason S. Retter, #59683MO
2000 South Hanley Road
St. Louis, MO 63144
Phone: (314) 646-1110
Fax: (314) 646-1122
E-mail: jretter@kkhhb.com
Attorneys for Defendants City of Pine Lawn
and Mayor Sylvester Caldwell